CSD417A (Main)[12/1/18]
Name, Address, Telephone No. & I.D. No.

Kevin Mirch SBN 106973
Marie Mirch SBN 200833
750 B Street #2500
San Diego, CA 92101
(619) 501-6220

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

'19CV1009 CAB KSC

In Re

Karma Capital, Inc,

BANKRUPTCY NO. 19-01962-LA11

Debtor.

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

    Karma Capital, Inc.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | ☑ Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other (describe) _____ | ☐ Trustee |
| | ☐ Other (describe) _____ |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: Conversion from Ch 11 to Ch 7

2. State the date on which the judgment, order, or decree was entered: May 17, 2019

CSD417A (Main)

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone Numbers of their attorneys (attach additional pages if necessary):

1. Party: See attached list     Attorney:

2. Party: _____     Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Marie Mirch                                          Date: May 28, 2019

Signature of attorney for appellant(s) (or appellant(s)
If not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney)

Marie Mirch SBN 200833; Kevin Mirch SBN 106973

Mirch Law Firm, LLP
750 B Street #2500
San Diego, CA 92101 (619) 501-6220

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

CSD417A (Main)

George B. Blackmar on behalf of Creditor  SANTEE TROLLEY SQUARE 991, LP
gblackmar@bpslaw.net
600 B Street #2250
San Diego, CA 92101
619-238-8900

Jeffrey  Dito on behalf of Creditor  8650 Villa LaJolla, Inc., a Florida corporation
jdito@valinoti-dito.com
Valinoti, Specter,& Dito, LLP
555 Montgomery Street Ste 605
San Francisco, CA 94111

Todd S. Garan on behalf of Creditor  MUFG Union Bank N.A., formerly known as Union Bank N.A.
ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
Aldridge Pite
4375 Jutland Drive Ste 200
PO Box 19734
San Diego, CA 92177
858-750-7600

Jean M. Heinz on behalf of Creditor  Torrey Hills Marketplace LLC
jean@heinzfeinberg.com
Heinz & Feinberg
401 W. A Street, Suite 1710
San Diego CA 92101

Marie  Mirch on behalf of Debtor  Karma Capital, Inc
marie@mirchlaw.com
Mirch Law Firm LLP
750 B Street #2500
San Diego, CA 92101
(619) 501)-6220

Kevin  Mirch on behalf of Debtor  Karma Capital, Inc
kevinmirch@mirchlaw.com
Mirch Law Firm LLP
750 B Street #2500
San Diego, CA 92101
(619) 501-6220

///

///

Corina R Pandeli on behalf of United States Trustee United States Trustee
corina.pandeli@usdoj.gov,
ustp.region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,Elizabeth.C.Amorosi@usdoj.gov
880 Front Street Ste 3230
San Diego, CA 92101
619-557-5013

Ronald E. Stadtmueller
ecfstadt@aol.com, res@trustesolutions.net;ecfstadt@gmail.com;ecfstadt2@aol.com
Ronald E. Stadtmueller, Trustee
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131
858-564-9310

Cynthia D. Stelzer on behalf of Creditor MMM West, Inc.
Cynthia.Stelzer@KTS-LAW.com
7676 Hazard Center Dr. Suite 900B
San Diego, CA 92108

Cynthia D. Stelzer on behalf of Creditor Plaza Paseo Real Associates, LLC
Cynthia.Stelzer@KTS-LAW.com
7676 Hazard Center Dr. Suite 900B
San Diego, CA 92108

Cynthia D. Stelzer on behalf of Creditor ROIC Creekside Plaza, LLC
Cynthia.Stelzer@KTS-LAW.com
7676 Hazard Center Dr. Suite 900B
San Diego, CA 92108

James E. Till on behalf of Creditor Mediterranean Cuisine Franchising Company, LLC
jtill@btntlaw.com, maraki@btntlaw.com
Bosley Till, LLP
120 Newport Center Drive
Newport Beach, CA 92260

James E. Till on behalf of Creditor Mediterranean Cuisine Operating Company LLC
jtill@btntlaw.com, maraki@btntlaw.com
Bosley Till, LLP
120 Newport Center Drive
Newport Beach, CA 92260

United States Trustee
ustp.region15@usdoj.gov

|   |   |
|---|---|
| 1 | Kevin J. Mirch, Bar No. 106973 |
| 2 | Marie C. Mirch, Bar No. 200833<br>MIRCH LAW FIRM LLP |
| 3 | 750 B. St., Suite 2500<br>San Diego, CA 92101 |
| 4 | (619)501-6220 tel.<br>(619)501-6980 fax |
| 5 | Attorneys for Karma Capital, Inc. |
| 6 | a California corporation |

### UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: | CASE NO: 19-01962-LA11 |
|---|---|
| KARMA CAPITAL, INC.,<br>Debtor-in Possession | CERTIFICATE OF SERVICE |

I, Marie Mirch , declare:

I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the services set forth below occurred; and my business address is: MIRCH LAW FIRM, 750 B Street, Suite 2500, San Diego, California 92101.

I further declare that on May 28, 2019 , I served the foregoing documents described as:

**NOTICE OF APPEAL FROM ORDER RE: CONVERSION OF CHAPTER 11 TO CHAPTER 7**

By transmitting, via Electronic Case Filing, the above-described documents on the party or parties indicated as follows:

George B. Blackmar on behalf of Creditor  SANTEE TROLLEY SQUARE 991, LP
gblackmar@bpslaw.net

Jeffrey  Dito on behalf of Creditor  8650 Villa LaJolla, Inc., a Florida corporation
jdito@valinoti-dito.com

1

| | |
|---|---|
| 1 | Todd S. Garan on behalf of Creditor  MUFG Union Bank N.A., formerly known as Union Bank N.A. |
| 2 | ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com |
| 3 | Jean M. Heinz on behalf of Creditor  Torrey Hills Marketplace LLC |
| 4 | jean@heinzfeinberg.com |
| 5 | Marie  Mirch on behalf of Debtor  Karma Capital, Inc<br>marie@mirchlaw.com |
| 6 | Kevin Mirch on behalf of Debtor Karma Capital, Inc. |
| 7 | Kevinmirch@mirchlaw.com |
| 8 | Corina R Pandeli on behalf of United States Trustee  United States Trustee<br>corina.pandeli@usdoj.gov, |
| 9 | ustp.region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,Elizabeth.C.Amorosi@usdoj.gov |
| 10 | Ronald E. Stadtmueller<br>ecfstadt@aol.com,  res@trustesolutions.net;ecfstadt@gmail.com;ecfstadt2@aol.com |
| 11 | Cynthia D. Stelzer on behalf of Creditor  MMM West, Inc. |
| 12 | Cynthia.Stelzer@KTS-LAW.com |
| 13 | Cynthia D. Stelzer on behalf of Creditor  Plaza Paseo Real Associates, LLC<br>Cynthia.Stelzer@KTS-LAW.com |
| 14 | Cynthia D. Stelzer on behalf of Creditor  ROIC Creekside Plaza, LLC |
| 15 | Cynthia.Stelzer@KTS-LAW.com |
| 16 | James E. Till on behalf of Creditor  Mediterranean Cuisine Franchising Company, LLC<br>jtill@btntlaw.com, maraki@btntlaw.com |
| 17 | James E. Till on behalf of Creditor  Mediterranean Cuisine Operating Company LLC |
| 18 | jtill@btntlaw.com, maraki@btntlaw.com |
| 19 | United States Trustee<br>ustp.region15**@usdoj.gov** |
| 20 | I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. |
| 21 | |
| 22 | Executed on May 28, 2019  at San Diego, California. |
| 23 | |
| 24 | Signature:   /s/Marie Mirch |

2