CSD417A (Main)[12/1/18]
Name, Address, Telephone No. & I.D. No.

Kevin Mirch SBN 106973
Marie Mirch SBN 200833
750 B Street #2500
San Diego, CA 92101
(619) 501-6220

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

**'19CV1009 CAB KSC**

In Re

Karma Capital, Inc,

BANKRUPTCY NO. 19-01962-LA11

Debtor.

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

    Karma Capital, Inc.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    For appeals in an adversary proceeding.

    ☐ Plaintiff
    ☐ Defendant
    ☐ Other (describe)

    For appeals in a bankruptcy case and not in an adversary proceeding.

    ☑ Debtor
    ☐ Creditor
    ☐ Trustee
    ☐ Other (describe)

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:   Conversion from Ch 11 to Ch 7

2. State the date on which the judgment, order, or decree was entered:   May 17, 2019

CSD417A (Main)

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone Numbers of their attorneys (attach additional pages if necessary):

1. Party: See attached list    Attorney:

2. Party: _____    Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Marie Mirch    Date: May 28, 2019

Signature of attorney for appellant(s) (or appellant(s) If not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney)

Marie Mirch SBN 200833; Kevin Mirch SBN 106973

Mirch Law Firm, LLP
750 B Street #2500
San Diego, CA 92101 (619) 501-6220

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

CSD417A (Main)

George B. Blackmar on behalf of Creditor  SANTEE TROLLEY SQUARE 991, LP
gblackmar@bpslaw.net
600 B Street #2250
San Diego, CA 92101
619-238-8900

Jeffrey Dito on behalf of Creditor  8650 Villa LaJolla, Inc., a Florida corporation
jdito@valinoti-dito.com
Valinoti, Specter,& Dito, LLP
555 Montgomery Street Ste 605
San Francisco, CA 94111

Todd S. Garan on behalf of Creditor  MUFG Union Bank N.A., formerly known as Union Bank N.A.
ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
Aldridge Pite
4375 Jutland Drive Ste 200
PO Box 19734
San Diego, CA 92177
858-750-7600

Jean M. Heinz on behalf of Creditor  Torrey Hills Marketplace LLC
jean@heinzfeinberg.com
Heinz & Feinberg
401 W. A Street, Suite 1710
San Diego CA 92101

Marie Mirch on behalf of Debtor  Karma Capital, Inc
marie@mirchlaw.com
Mirch Law Firm LLP
750 B Street #2500
San Diego, CA 92101
(619) 501)-6220

Kevin Mirch on behalf of Debtor  Karma Capital, Inc
kevinmirch@mirchlaw.com
Mirch Law Firm LLP
750 B Street #2500
San Diego, CA 92101
(619) 501-6220

///

///

Corina R Pandeli on behalf of United States Trustee  United States Trustee
corina.pandeli@usdoj.gov,
ustp.region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,Elizabeth.C.Amorosi@usdoj.gov
880 Front Street Ste 3230
San Diego, CA 92101
619-557-5013

Ronald E. Stadtmueller
ecfstadt@aol.com,  res@trustesolutions.net;ecfstadt@gmail.com;ecfstadt2@aol.com
Ronald E. Stadtmueller, Trustee
10755 Scripps Poway Pkwy., #370
San Diego, CA  92131
858-564-9310

Cynthia D. Stelzer on behalf of Creditor  MMM West, Inc.
Cynthia.Stelzer@KTS-LAW.com
7676 Hazard Center Dr. Suite 900B
San Diego, CA 92108

Cynthia D. Stelzer on behalf of Creditor  Plaza Paseo Real Associates, LLC
Cynthia.Stelzer@KTS-LAW.com
7676 Hazard Center Dr. Suite 900B
San Diego, CA 92108

Cynthia D. Stelzer on behalf of Creditor  ROIC Creekside Plaza, LLC
Cynthia.Stelzer@KTS-LAW.com
7676 Hazard Center Dr. Suite 900B
San Diego, CA 92108

James E. Till on behalf of Creditor  Mediterranean Cuisine Franchising Company, LLC
jtill@btntlaw.com,  maraki@btntlaw.com
Bosley Till, LLP
120 Newport Center Drive
Newport Beach, CA 92260

James E. Till on behalf of Creditor  Mediterranean Cuisine Operating Company LLC
jtill@btntlaw.com,  maraki@btntlaw.com
Bosley Till, LLP
120 Newport Center Drive
Newport Beach, CA 92260

United States Trustee
ustp.region15@usdoj.gov

```
 1  Kevin J. Mirch, Bar No. 106973
    Marie C. Mirch, Bar No. 200833
 2  MIRCH LAW FIRM LLP
    750 B. St., Suite 2500
 3  San Diego, CA 92101
    (619)501-6220 tel.
 4  (619)501-6980 fax

 5  Attorneys for Karma Capital, Inc.
    a California corporation
 6
 7
 8
                    UNITED STATES BANKRUPTCY COURT
 9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
11
12  IN RE:                          CASE NO: 19-01962-LA11

13      KARMA CAPITAL, INC.,
        Debtor-in Possession        CERTIFICATE OF SERVICE
14
15
16  I, Marie Mirch , declare:

17      I am over the age of 18 years and not a party to the case; I am employed in, or am a
    resident of, the County of San Diego, California, where the services set forth below occurred; and
18  my business address is: MIRCH LAW FIRM, 750 B Street, Suite 2500, San Diego, California
    92101.
19
    I further declare that on May 28, 2019 , I served the foregoing documents described as:
20
    NOTICE OF APPEAL FROM ORDER RE: CONVERSION OF CHAPTER 11 TO
21  CHAPTER 7

22
        By transmitting, via Electronic Case Filing, the above-described documents on the party
23  or parties indicated as follows:

24  George B. Blackmar on behalf of Creditor  SANTEE TROLLEY SQUARE 991, LP
    gblackmar@bpslaw.net
25
    Jeffrey  Dito on behalf of Creditor  8650 Villa LaJolla, Inc., a Florida corporation
26  jdito@valinoti-dito.com

27

28                                    1
```

1  Todd S. Garan on behalf of Creditor MUFG Union Bank N.A., formerly known as Union Bank N.A.
2  ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com

3  Jean M. Heinz on behalf of Creditor Torrey Hills Marketplace LLC
   jean@heinzfeinberg.com
4
   Marie Mirch on behalf of Debtor Karma Capital, Inc
5  marie@mirchlaw.com

6  Kevin Mirch on behalf of Debtor Karma Capital, Inc.
   Kevinmirch@mirchlaw.com
7
   Corina R Pandeli on behalf of United States Trustee United States Trustee
8  corina.pandeli@usdoj.gov,
   ustp.region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,Elizabeth.C.Amorosi@usdoj.gov
9
   Ronald E. Stadtmueller
10 ecfstadt@aol.com, res@trustesolutions.net;ecfstadt@gmail.com;ecfstadt2@aol.com

11 Cynthia D. Stelzer on behalf of Creditor MMM West, Inc.
   Cynthia.Stelzer@KTS-LAW.com
12
   Cynthia D. Stelzer on behalf of Creditor Plaza Paseo Real Associates, LLC
13 Cynthia.Stelzer@KTS-LAW.com

14 Cynthia D. Stelzer on behalf of Creditor ROIC Creekside Plaza, LLC
   Cynthia.Stelzer@KTS-LAW.com
15
   James E. Till on behalf of Creditor Mediterranean Cuisine Franchising Company, LLC
16 jtill@btntlaw.com, maraki@btntlaw.com

17 James E. Till on behalf of Creditor Mediterranean Cuisine Operating Company LLC
   jtill@btntlaw.com, maraki@btntlaw.com
18
    United States Trustee
19 ustp.region15**@usdoj.gov**

20     I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.
21
       Executed on May 28, 2019 at San Diego, California.
22

23
                                    Signature:  /s/Marie Mirch
24

25

26

27

28
                                           2

1251a
10/15

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

| | |
|---|---|
| Karma Capital, Inc<br><br>Debtor(s) | BANKRUPTCY NO.   19−01962−LA7 |
| **Karma Capital, Inc.**<br><br>Appellant(s) | ADVERSARY NO. |
| **SANTEE TROLLEY SQUARE 991, LP**<br>**8650 Villa LaJolla, Inc., a Florida corporation**<br>**MUFG Union Bank N.A., formerly known as Union Bank N.A.**<br>**Torrey Hills Marketplace LLC**<br>**Corina R Pandeli on behalf of United States Trustee**<br>**United States Trustee**<br>**Ronald E. Stadtmueller**<br>**MMM West, Inc.**<br>**Plaza Paseo Real Associates, LLC**<br>**ROIC Creekside Plaza, LLC**<br>**Mediterranean Cuisine Franchising Company, LLC**<br>**Mediterranean Cuisine Operating Company LLC**<br>**United States Trustee**<br><br>Appellee(s) | BANKRUPTCY APPEAL NO.   1 |

### NOTICE OF REFERRAL OF APPEAL TO UNITED STATES DISTRICT COURT
### COMBINED WITH SERVICE OF NOTICE OF APPEAL

TO:  **SANTEE TROLLEY SQUARE 991, LP**
**8650 Villa LaJolla, Inc., a Florida corporation**
**MUFG Union Bank N.A., formerly known as Union Bank N.A.**
**Torrey Hills Marketplace LLC**
**Corina R Pandeli on behalf of United States Trustee United States Trustee**
**Ronald E. Stadtmueller**
**MMM West, Inc.**
**Plaza Paseo Real Associates, LLC**
**ROIC Creekside Plaza, LLC**
**Mediterranean Cuisine Franchising Company, LLC**
**Mediterranean Cuisine Operating Company LLC**
**United States Trustee**

  **NOTICE IS HEREBY GIVEN** that a Notice of Appeal has been filed by **Karma Capital, Inc.**

with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States District Court for the Southern District of California.

For further information, you may contact the Clerk of the United States District Court at 880 Front Street, Suite 4290, San Diego, California 92101, from the USDC website at www.casd.uscourts.gov, or by calling (619) 557–5600.

I hereby certify that on this date copies of the Notice of Appeal and the within Notice of Referral were mailed to the above−named person(s).

DATED: 5/29/19                                        Barry K. Lander
                                                     Clerk of the U.S. Bankruptcy Court

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 5/29/2019 |
| Case: 19–01962–LA7 | Form ID: 1251a | Total: 16 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustp.region15@usdoj.gov |
| tr | Ronald E. Stadtmueller | ecfstadt@aol.com |
| aty | Corina R Pandeli | corina.pandeli@usdoj.gov |
| aty | Cynthia D. Stelzer | Cynthia.Stelzer@KTS–LAW.com |
| aty | George B. Blackmar | gblackmar@bpslaw.net |
| aty | James E. Till | jtill@btntlaw.com |
| aty | Jean M. Heinz | jean@heinzfeinberg.com |
| aty | Jeffrey Dito | jdito@valinoti–dito.com |
| aty | Marie Mirch | marie@mirchlaw.com |
| aty | Todd S. Garan | ch11ecf@aldridgepite.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Karma Capital, Inc | 7500 Chicago Drive | La Mesa, CA 91941 | |
| cr | SANTEE TROLLEY SQUARE 991, LP | BLACKMAR, PRINCIPE & SCHMELTER, APC | 600 B STREET  #2250   SAN DIEGO, CA 92101 | |
| | Marie Mirch | Mirch Law Firm LLP | 750 B Street #2500 | San Diego, CA 92101 |
| | Kevin Mirch | Mirch Law Firm LLP | 750 B Street #2500 | San Diego, CA 92101 |
| | Corina R Pandeli | 880 Front Street Ste 3230 | San Diego, CA 92101 | |
| | Ronald E. Stadtmueller, Trustee | 10755 Scripps Poway Pkwy., #370 | San Diego, CA 92131 | |

TOTAL: 6

1254
12/18

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

**IMPORTANT TIPS REGARDING THE ATTACHED NOTICE OF APPEAL**

1. Ensure the U.S. Bankruptcy Court's (USBC) internal control appeal number is listed on the face page of any further documents or pleadings filed in reference to this appeal.

   The USBC internal control appeal number for this appeal is **1**

2. The deadlines for this appeal are:
   − Appellant Designation of Record Due By 6/11/19
   − Statement of Issues Due By 6/11/19
   − Appellee Designation of Record Due By 6/25/19
   − Court Follow−up/Transmission of Record to BAP/USDC Due By 7/12/19

3. If requesting transcripts as part of perfecting the record on appeal, you must file the form **Request for Production of Transcript on Appeal (CSD 1253)** as a separate document. This form can be found on the Court's Web site: http://www.casb.uscourts.gov/html/csdforms/CSD1253. To order transcripts, call Court Reporter Nancy Wingis at (858) 775−0283.

4. Appeals referred to:

   **United States District Court (USDC):**
   The record on appeal must be filed with the U.S. Bankruptcy Court. Follow these guidelines: The record on appeal must be submitted by electronic media, with a label on the media itself or its cover indicating the bankruptcy case number, adversary number, if applicable, the USDC case number and the title "BK Record on Appeal". Multiple documents listed on the designation of record may be combined into a single PDF file. The documents should be combined in chronological order as indicated on the designation of record. Each pdf file should not exceed 35 megabytes. The documents do not need tabs or anything separating them.

   **Bankruptcy Appellate Panel (BAP):**
   Follow the instructions that you will receive in the Opening Letter sent directly from the BAP.

5. For information on appellate rules and procedures for the BAP, USDC, or the Ninth Circuit Court of Appeals, visit their websites at:

   | | |
   |---|---|
   | BAP | www.bap09.uscourts.gov |
   | USDC | www.casd.uscourts.gov |
   | Court of Appeals | www.ca9.uscourts.gov |

# Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 5/29/2019
Case: 19–01962–LA7     Form ID: 1254     Total: 16

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustp.region15@usdoj.gov |
| tr | Ronald E. Stadtmueller | ecfstadt@aol.com |
| aty | Corina R Pandeli | corina.pandeli@usdoj.gov |
| aty | Cynthia D. Stelzer | Cynthia.Stelzer@KTS–LAW.com |
| aty | George B. Blackmar | gblackmar@bpslaw.net |
| aty | James E. Till | jtill@btntlaw.com |
| aty | Jean M. Heinz | jean@heinzfeinberg.com |
| aty | Jeffrey Dito | jdito@valinoti–dito.com |
| aty | Marie Mirch | marie@mirchlaw.com |
| aty | Todd S. Garan | ch11ecf@aldridgepite.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Karma Capital, Inc | 7500 Chicago Drive | La Mesa, CA 91941 | |
| cr | SANTEE TROLLEY SQUARE 991, LP | BLACKMAR, PRINCIPE & SCHMELTER, APC | 600 B STREET #2250 | SAN DIEGO, CA 92101 |
| | Marie Mirch | Mirch Law Firm LLP | 750 B Street #2500 | San Diego, CA 92101 |
| | Kevin Mirch | Mirch Law Firm LLP | 750 B Street #2500 | San Diego, CA 92101 |
| | Corina R Pandeli | 880 Front Street Ste 3230 | San Diego, CA 92101 | |
| | Ronald E. Stadtmueller, Trustee | 10755 Scripps Poway Pkwy., #370 | San Diego, CA 92131 | |

TOTAL: 6

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 5/29/2019 |
| Case: 19–01962–LA7 | Form ID: pdfO4 | Total: 16 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustp.region15@usdoj.gov |
| tr | Ronald E. Stadtmueller | ecfstadt@aol.com |
| aty | Corina R Pandeli | corina.pandeli@usdoj.gov |
| aty | Cynthia D. Stelzer | Cynthia.Stelzer@KTS–LAW.com |
| aty | George B. Blackmar | gblackmar@bpslaw.net |
| aty | James E. Till | jtill@btntlaw.com |
| aty | Jean M. Heinz | jean@heinzfeinberg.com |
| aty | Jeffrey Dito | jdito@valinoti–dito.com |
| aty | Marie Mirch | marie@mirchlaw.com |
| aty | Todd S. Garan | ch11ecf@aldridgepite.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Karma Capital, Inc | 7500 Chicago Drive | La Mesa, CA 91941 |
| cr | SANTEE TROLLEY SQUARE 991, LP | BLACKMAR, PRINCIPE & SCHMELTER, APC | 600 B STREET   #2250   SAN DIEGO, CA 92101 |
| | Marie Mirch | Mirch Law Firm LLP   750 B Street #2500 | San Diego, CA 92101 |
| | Kevin Mirch | Mirch Law Firm LLP   750 B Street #2500 | San Diego, CA 92101 |
| | Corina R Pandeli | 880 Front Street Ste 3230 | San Diego, CA 92101 |
| | Ronald E. Stadtmueller, Trustee | 10755 Scripps Poway Pkwy., #370 | San Diego, CA 92131 |

TOTAL: 6